**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MICHAEL GORRIO** | : | |
| | : | **CIVIL ACTION** |
| v. | : | No. 23-4366 |
| | : | |
| **CO KEIL,** *et al.* | : | |

**ORDER**

This 12th day of September, 2025, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that the Commonwealth Defendants' Motion to Dismiss, ECF 38, is **GRANTED in part** and **DENIED in part** as follows:

1. Judgment shall be **ENTERED** against Plaintiff on his claims arising under 28 U.S.C. § 1983 for failure to exhaust administrative remedies.[1]

2. The Motion to Dismiss is **GRANTED** as to Plaintiff's state law claims relating to the March 21st and June 5th Incidents.

3. The Motion to Dismiss is **DENIED** as to Plaintiff's claims of assault and battery against Officer Barretto in his individual capacity relating to the June 1st Incident. These claims shall proceed to discovery.

      /s/ Gerald Austin McHugh
United States District Judge

---

[1] While the Motion is converted to one for Summary Judgment on Plaintiff's federal claims, it remains a Motion to Dismiss as it relates to Plaintiff's state law claims due to differing implications of administrative exhaustion, as discussed in the memorandum.