**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MICHAEL GORRIO** | : | |
| | : | **CIVIL ACTION** |
| **v.** | : | **No. 23-4366** |
| | : | |
| **CO KEIL,** *et al.* | : | |

## ORDER

This 25th day of February, 2026, for the reasons set forth in the accompanying memorandum, and in recognition of the Order issued by the United States Bankruptcy Court for the Southern District of Texas, Houston Division, *see* Confirmation Order, *In re Wellpath Holdings, Inc., et al.*, No. 24-90533 (Bankr. S.D. Tx.), Dkt. No. 2596 (attached as Exhibit A), it is hereby **ORDERED** that Defendant Dr. Saeed Bazel's Motion to Dismiss, ECF 44-45, is **GRANTED**.[1]

It is **FURTHER ORDERED** that Defendant Barretto must file his response to Plaintiff's Complaint no later than 14 days following entry of this Order.  *See* ECF 51.

  /s/ Gerald Austin McHugh  
United States District Judge

---

[1] The motion was converted to one for summary judgment and addressed accordingly.

# EXHIBIT A