**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MICHAEL GORRIO** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION** |
| | : | **No. 23-4366** |
| **CO KEIL, *et al.*** | : | |

**ORDER**

This 15th day of September, 2026, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant Barretto's Motion to Dismiss, ECF 64, is **GRANTED** without prejudice to Plaintiff filing in state action, should he elect to do so. The Clerk of Court is directed to mark this case closed.

/s/ Gerald Austin McHugh
United States District Judge